**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Liquidating Receiver*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ENVIRONMENTAL SAFETY INTERNATIONAL, INC., a New Jersey Corporation, also d/b/a/ Environmental Products International, Inc., and EPI,<br><br>JOSEPH CARNEY, individually and as an officer of Environmental Safety International, Inc.,<br><br>SEAN CARNEY, individually and as an officer of Environmental Safety International, Inc.,<br><br>RAYMOND CARNEY, individually and as an officer of Carbro Sales & Survey, L.L.C.,<br><br>　　　　　Defendants. | Civil Action No. 2:21-cv-13350-MCA-LDW |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Sari B. Placona, Esq., of McManimon, Scotland & Baumann, LLC, hereby enters her appearance as counsel for Anthony Sodono, III, Liquidating Receiver, in the above-referenced matter. All further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

        Sari B Placona, Esq.
        McManimon, Scotland & Baumann, LLC
        75 Livingston Avenue, Suite 201
        Roseland, New Jersey 07068
        splacona@msbnj.com

        **McMANIMON, SCOTLAND & BAUMANN, LLC**
        *Attorneys for Anthony Sodono, III, Liquidating Receiver*

        By: */s/ Sari B. Placona*
             Sari B. Placona, Esq.

Dated: July 22, 2021

4824-2184-9331, v. 1