**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Liquidating Receiver*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL SAFETY INTERNATIONAL, INC., a New Jersey Corporation, also d/b/a/ Environmental Products International, Inc., and EPI,<br><br>JOSEPH CARNEY, individually and as an officer of Environmental Safety International, Inc.,<br><br>SEAN CARNEY, individually and as an officer of Environmental Safety International, Inc.,<br><br>RAYMOND CARNEY, individually and as an officer of Carbro Sales & Survey, L.L.C.,<br><br>Defendants. | Civil Action No. 2:21-cv-13350-MCA-LDW<br><br><br><br>**ORDER AUTHORIZING RECEIVER TO RETAIN (I) MCMANIMON, SCOTLAND & BAUMANN, LLC AS ATTORNEYS FOR THE RECEIVER; (II) INTEGRATED PROPERTY GROUP ADVISORS, LLC d/b/a AUCTION ADVISORS AS AUCTIONEER TO THE RECEIVER; AND (III) VESTCORP, LLC AS ACCOUNTANTS TO THE RECEIVER** |

**THIS MATTER** having been opened to the Court by Anthony Sodono, III, Liquidating Receiver ("Receiver") for Joseph Carney, individually and as an officer of Environmental Safety International, Inc. (the "Receivership Defendant"), upon the supporting Application of Receiver and Certification of professionals, seeking the order authorizing the Receiver to retain (i) McManimon, Scotland & Baumann, LLC ("MSB"), as counsel to the Receiver; (ii) Integrated Property Group Advisors, LLC d/b/a Auction Advisors ("Auction Advisors"), as auctioneer to

the Receiver; and (iii) Vestcorp, LLC ("Vestcorp"), as accountants to the Receiver; and it appearing that: (i) MSB, Auction Advisors and Vestcorp do not represent or hold any adverse interest with respect to the matters upon which they are to be retained; (ii) MSB, Auction Advisors and Vestcorp claim no interest in the suit or any of the parties thereto in any way which would disqualify it from serving the Receiver in good faith as a fiduciary for all of the beneficial owners and creditors of the estate, as contemplated by L. Civ. R. 66.1(g) of the Local Civil Rules of the United States District Court for the District of New Jersey; and (iii) the employment of MSB, Auction Advisors and Vestcorp is appropriate and necessary; and proper notice of the application and certifications and proposed entry hereof having been given; and sufficient cause having been shown;

**IT IS** on this 20th day of August 2021;

**ORDERED** that the Receiver be and hereby is authorized to employ, effective as of March 6, 2021, MSB as counsel herein; and it is further

**ORDERED** that the Receiver be and hereby is authorized to employ Auction Advisors as his auctioneer herein; and it is further

**ORDERED** that the Receiver be and hereby is authorized to employ Vestcorp, LLC as his accountant herein; and it is further

**ORDERED** that compensation to MSB, Auction Advisors and Vestcorp, LLC for services rendered and expenses incurred shall be pursuant to appropriate applications to be submitted and approved by this Court pursuant to L. Civ. R. 66.1(h) of the Local Civil Rules of the United States District Court for the District of New Jersey.

HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT COURT JUDGE